**SARAH LOUCKS**
DISTRICT CLERK
PHONE (512) 332-7244
FAX (512) 332-7249

804 Pecan Street
PO Box 770
Bastrop, TX  78602



**Bastrop County, Texas**
**April 23, 2015**

03-15-00216-CV

**Re:  Cause # 11, 949**
**The County of Bastrop**
**Vs**
**Randal Mach, et al**

**I am requesting an extension of time for the above referenced appeal.**

**Mr. Mach, just this morning, brought his Affidavit of Indigency that has to be approved by our clerk.**

**As this affidavit has just been filed in lieu of payment, I will need an extended date for the processing of this appeal.**

**I will need at least a 14 day extension and would like for the extended due date to be May 11, 2015.**

**Thank you for your cooperation.**


**Mary Lynn Harmon**
**Chief Deputy Clerk**
**Bastrop County District Clerk**
**804 Pecan Street**
**Bastrop, Texas   78602**